UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

IN RE:      TIMOTHY S. THACKER
            DEBTOR

CASE NO: 13-70177

## ORDER SUSTAINING MOTION TO REDEEM PROPERTY AND FINDING REMAINDER OF DEBT DISCHARGEABLE

The Motion of debtor, Timothy S. Thacker, to redeem tangible personal property from the lien of **HSBC/YAMAHA** (hereinafter creditor), by paying creditor the amount of creditor's allowed secured claim is SUSTAINED.

THE COURT FINDS AS FOLLOWS:

1.  The property in question, **2007 Yamaha Rhino ATV** is tangible personal property intended primarily for personal, family or consumer or household use.

2.  The lien of creditor on said property secured a dischargeable consumer debt.

3.  Said property has been set apart to the debtor as exempt or has been abandoned by the Trustee.

4.  The value of said property is **$500.00** which the Court fixes as the amount of creditor's allowed secured claim.

5.  The debtors may redeem said property from the lien of the creditor by paying to creditor within **thirty (30) days** from the date of this Order the amount of the creditor's allowed secured claim as fixed in paragraph 4 of this Order.

6. Upon receipt of the $500.00, **It is ordered** that HSBC /Yamaha release the lien on the 2007 Yamaha Rhino ATV within twenty (20) days. If said lien has not been released within twenty (20) days of entry of this Order, the Knott County Court Clerk is ordered to remove the lien on the 2007 HSBC / Yamah Rhino ATV.

7. The balance if the claim of creditor is for an unsecured debt that is dischargeable in Bankruptcy.

Pursuant to Local Rule 9002-1 (C), Jeanne K. Channell, shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1 (a) and shall file with the court a certificate of service of the order upon such parties within ten (10) days hereof.

Hon. Maxie Higgason, Jr.

US Trustee

C T Corporation System,
Registered Agent
for HSBC
306 W Main Street, Ste. 512
Frankfort, KY 40601

HSBC/Yamaha
Bankruptcy Department
PO Box 15521
Wilmington, DE 19805

HSBC / Yamaha
Dept. 7680
Carol Stream, IL 60116-7680

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge
Dated: Tuesday, May 14, 2013
(tnw)**